UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:   3:18-CR36-TAV-DCP-15 |
| | ) | |
| JIMMY DEAN LIVESAY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

This criminal case is before the Court on the defendant's letter seeking "COVID credits" [Doc. 826]. Defendant states that another inmate received "COVID credits," and all of the inmates were locked down in a cell for almost a year, therefore, he would also like to receive "COVID credits" [*Id.*].

A court generally lacks "the authority to change or modify [a sentence, once imposed,] unless such authority is expressly granted by statute." *United States v. Thompson*, 714 F.3d 946, 948 (6th Cir. 2013) (citing *United States v. Curry*, 606 F.3d 323, 326 (6th Cir. 2010)). Defendant has cited no such statutory authority that would allow the Court to grant the requested relief, nor is the Court aware of any such statutory authority to grant the requested relief. Accordingly, because the Court lacks authority to grant the requested relief, defendant's request for "COVID credits" [Doc. 826] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE